**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **John Doe,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. 6:24-CV-00423-ADA-DNM** |
| | § | |
| **Peopletrail, LLC,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge MacLemore. ECF No. 54. The report recommends that Peopletrail, LLC's Motion for Summary Judgment (ECF No. 29) be **GRANTED** and John Doe's Motion for Partial Summary Judgment (ECF No. 40) be **DENIED**. *Id.*

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff Doe filed objections. ECF No. 55. The Court has conducted a *de novo* review of the motions for summary judgment, the report and recommendation, the objections to the report

and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge MacLemore (ECF No. 54) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections are **OVERRULED**.

**IT IS FINALLY ORDERED** that the case be **DISMISSED WITH PREJUDICE** in accordance with the Report and Recommendation.

**SIGNED** 07/02/2026.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

2